STATE OF NEW JERSEY v. DANNY K. WILLIAMS.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK D'AGOSTINO.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILBUR ERVING.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JONES.

November 10, 1982.

Petition for certification denied.

IN RE THE ESTATE OF MARTIN W. STANTON.

November 10, 1982.

Petition for certification denied.